**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| LARIESHA LINCOLN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>FUTUREDONTICS, LLC d/b/a 1-800-DENTIST,<br><br>Defendant. | Case No.: 1:26-cv-24625-DPG |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, LARIESHA LINCOLN ("Plaintiff"), by and through the undersigned counsel, hereby gives notice that she is voluntarily dismissing this action against the Defendant, FUTUREDONTICS, LLC d/b/a 1-800-DENTIST, without prejudice.

Dated: July 30, 2026

Respectfully submitted,

*/s/ Jeff Ostrow*

Jeff Ostrow (FBN 121452)
Jonathan Streisfeld (FBN 117447)
**KOPELOWITZ OSTROW P.A.**
One W Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
ostrow@kolawyers.com
streisfeld@kolawyers.com

*Counsel for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

*/s/ Jeff Ostrow*
Jeff Ostrow